# EXHIBIT A

## Itemized Costs According to Form A0133 Bill of Costs

### Fees for the Clerk

| Date | Fee | Description | ECF Doc. No. | Tab |
|---|---|---|---|---|
| 09/21/2015 | $400.00 | Notice of Removal | 1 | 1 |

### Fees for Transcripts and Court Reporters

| Deponent | Date of Deposition | Fee | Description | Vendor | Tab |
|---|---|---|---|---|---|
| Kathryn Fortunato | 06/28/2016 | $690.28 | Court Reporter/ Transcript | Cleveland Reporting Partners, LLC | 2 |

### Docket Fees

| Date | Fee | Description | ECF Doc. No. | Tab |
|---|---|---|---|---|
| 11/12/2015 | $5.00 | Defendant's Motion for Judgment on the Pleadings | 8 | 3 |
| 08/08/2016 | $5.00 | Defendant's Motion for Summary Judgment | 15 | 4 |

**Total Costs/Fees:**     **$1,100.28**

| 11/09/2015 | 7 | Report of Parties' Planning Meeting *Under Fed.R.Civ.P.26(f) and LR16.3(b)(3)*, filed by University Hospitals Health System, Inc.. (Hollingsworth, Liana) (Entered: 11/09/2015) |
| 10/06/2015 | 6 | **Case Management Conference Scheduling Order** with case management conference set on 11/13/2015 at 9:15 a.m. to be held telephonically by Hon. Patricia A. Gaughan. Signed by Judge Patricia A. Gaughan on 10/05/15. (D,Ma) (Entered: 10/06/2015) |
| 10/05/2015 | 5 | **Answer** to Complaint (Related Doc # 1 ) filed by University Hospitals Health System, Inc. (Attachments: # 1 Exhibit Exhibit 1 − EEOC Notice of Charge of Discrimination)(Hollingsworth, Liana) (Entered: 10/05/2015) |
| 09/28/2015 | | **Order** [non−document]: Defendant's Unopposed Motion for Extension of Time to Move, Plead, or Otherwise Respond to Plaintiff's Complaint is Granted to 10/5/15. Judge Patricia A. Gaughan on 9/28/15. (LC,S) re 4 (Entered: 09/29/2015) |
| 09/28/2015 | 4 | Unopposed **Motion** for extension of time until 10/05/2015 to answer *Plaintiff's Complaint* filed by Defendant University Hospitals Health System, Inc. (Attachments: # 1 Proposed Order)(Hollingsworth, Liana) (Entered: 09/28/2015) |
| 09/21/2015 | 3 | Corporate Disclosure Statement filed by University Hospitals Health System, Inc.. (Hollingsworth, Liana) (Entered: 09/21/2015) |
| 09/21/2015 | 2 | Magistrate Consent Form issued. (O,K) (Entered: 09/21/2015) |
| 09/21/2015 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge William H. Baughman. (O,K) (Entered: 09/21/2015) |
| 09/21/2015 | | Judge Patricia A. Gaughan assigned to case. (O,K) (Entered: 09/21/2015) |
| 09/21/2015 | 1 | **Notice of Removal** from Cuyahoga County Common Pleas, case number CV−15−849984 with jury demand, Filing fee $ 400, receipt number 0647−7277575. Filed by University Hospitals Health System, Inc. (Attachments: # 1 Exhibit A Summons and State Court Documents, # 2 Exhibit B Notice of Removal, # 3 Civil Cover Sheet ) (Hollingsworth, Liana) Modified text on 9/21/2015 (O,K). (Entered: 09/21/2015) |

Tab 1

Intuit QuickBooks

*Mailed 7-8-2016*    Page 1 of 1

Sign in

## CLEVELAND REPORTING PARTNERS, LLC

| INVOICE | DUE DATE |
|---------|----------|
| 1129 | August 4, 2016 |

**BALANCE DUE**

# $690.28

This business isn't accepting
online payment for this invoice.

Print          Save PDF

Have a question?

### CLEVELAND REPORTING PARTNERS, LLC

## INVOICE

Add file          Send

**BILL TO**
David A. Campbell Esquire
Vorys Sater Seymour and
Pease
200 Public Square, Suite 1400
Cleveland, Ohio 44114 USA

INVOICE # 1129
DATE 07/05/2016
DUE DATE 08/04/2016
TERMS Net 30

### July 6, 2016
**WEDNESDAY**

You viewed this invoice.
*10:31 AM Wednesday*

### July 5, 2016
**TUESDAY**

— **CLEVELAND REPORTING
PARTNERS, LLC** sent you this
invoice with 1 attachment.
*4:33 PM Tuesday*

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| Attendance<br>Deposition of Kathryn Fortunato | 2.50 | 60.00 | 150.00 |
| Original transcript<br>Deposition of Kathryn Fortunato | 127 | 4.15 | 527.05 |
| Scanned Exhibits<br>Defendant's Exhibits 1-12 | 52 | 0.20 | 10.40 |
| Return Exhibits<br>Postage/Delivery | 1 | 2.83 | 2.83 |

RE: Kathryn Fortunato vs. University Hospitals
Physician Services, Inc.
DATE OF SERVICE: 06/28/16

**BALANCE DUE**          **$690.28**

Download   1

Make Check Payable to:
Cleveland Reporting Partners, LLC

# Tab 2

| 09/07/2016 | 16 | **Opposition** to 15 **Motion** for summary judgment filed by Kathryn Fortunato. (Porter, Mark) (Entered: 09/07/2016) |
|---|---|---|
| 08/08/2016 | 15 | **Motion** for summary judgment filed by Defendant University Hospitals Physician Services, Inc.. (Attachments: # 1 Exhibit Plaintiff's Deposition, # 2 Exhibit Declaration of Deborah Conti)(Hollingsworth, Liana) (Entered: 08/08/2016) |
| 07/01/2016 | | **Order** [non–document]: In light of the Defendant's position regarding settlement, Settlement Conference is cancelled. A new date will be set, if necessary, after the ruling on the anticipated Motion for Summary Judgment. Judge Patricia A. Gaughan on 7/1/16. (LC,S) (Entered: 07/01/2016) |
| 05/09/2016 | | **Minutes of proceedings**[non–document] At the Parties' request, Status Conference of 5/13/16 was held on 5/09/16 at 10:30 a.m. Settlement Conference before Judge Patricia A. Gaughan is set 7/05/16 at 9:30 a.m. in Chambers 19B. Counsel shall provide to the Court within two business days of the conference, jointly or individually, a Status Report describing the status of discovery, settlement positions, and issues to be addressed. The Status Report need not be filed, but may be delivered via e–mail at Gaughan_Chambers@ohnd.uscourts.gov or by fax at (216) 357–7215. Judge Patricia A. Gaughan. Time: 20 mins. (D,Ma) (Entered: 05/09/2016) |
| 03/16/2016 | | **Minutes/Order** [non–document]: Status Conference was held. Status Conference is set 5/13/16 at 9:00 a.m. Counsel shall provide to the Court within two business days of the conference, a joint Status Report or confidential individual Status Reports describing the status of discovery, settlement positions, and issues to be addressed. The Status Report(s) need not be filed, but may be delivered via e–mail at Gaughan_Chambers@ohnd.uscourts.gov or fax at (216) 357–7215. Judge Patricia A. Gaughan on 3/16/16. (LC,S) Time: 30 mins. Modified on 3/16/2016 (LC,S). (Entered: 03/16/2016) |
| 02/02/2016 | 14 | **Memorandum of Opinion and Order**: Defendant University Hospital System, Inc.'s Motion for Partial Judgment on the Pleadings (Doc. 8 ) is GRANTED in PART and DENIED in PART. Judge Patricia A. Gaughan on 2/2/16. (LC,S) (Entered: 02/02/2016) |
| 12/07/2015 | 13 | **Reply** in support of 8 **Motion** for judgment on the pleadings filed by University Hospitals Physician Services, Inc.. (Hollingsworth, Liana) (Entered: 12/07/2015) |
| 11/27/2015 | 12 | **Brief** in opposition to 8 **Motion** for judgment on the pleadings filed by Kathryn Fortunato. (Attachments: # 1 Exhibit OCRC Filing)(Porter, Mark) Modified text on 11/30/2015 (E,P). (Entered: 11/27/2015) |
| 11/13/2015 | 11 | **Case Management Order**: Case Management Conference was held on 11/13/15. Case is assigned to the standard track. Case is not suitable for ADR at this time but may be after discovery. Non–expert discovery shall be completed on or before 6/30/16. Expert reports shall be exchanged on or before 7/15/16 for party with burden of proof & 8/15/16 for Rebuttal and Expert Discovery shall be completed on or before 9/15/16. Pleadings shall be amended without leave of Court and new parties shall be joined on or before 11/17/15. Dispositive Motions shall be filed on or before 8/8/16. Status Conference is set for 3/16/16 at 9:00 a.m. Parties must be available by telephone. Counsel must appear in person unless otherwise ordered by the Court. Counsel shall confer within three business days of any scheduled conference to discuss outstanding issues and respective positions as to settlement. Counsel shall provide to the Court within two business days of the conference, jointly or individually, a brief written Status Report describing the status of discovery, settlement positions, and issues to be addressed. The Status Report need not be filed, but may be delivered via e–mail at Gaughan_Chambers@ohnd.uscourts.gov or fax to (216) 357–7215. Judge Patricia A. Gaughan on 11/13/15. (LC,S) Time: 30 mins. (Entered: 11/13/2015) |
| 11/13/2015 | 10 | **Marginal** Entry Order: Joint Stipulation to Substitute the Correct Defendant is So Ordered. Judge Patricia A. Gaughan on 11/13/15. (LC,S) re 9 (Entered: 11/13/2015) |
| 11/12/2015 | 9 | Joint Proposed Stipulation *to Substitute the Correct Defendant* filed by University Hospitals Health System, Inc.. (Hollingsworth, Liana) (Entered: 11/12/2015) |
| 11/12/2015 | 8 | **Motion** for judgment on the pleadings filed by Defendant University Hospitals Health System, Inc.. (Hollingsworth, Liana) (Entered: 11/12/2015) |

Tab 3

| 09/07/2016 | 16 | **Opposition** to 15 **Motion** for summary judgment filed by Kathryn Fortunato. (Porter, Mark) (Entered: 09/07/2016) |
| 08/08/2016 | 15 | **Motion** for summary judgment filed by Defendant University Hospitals Physician Services, Inc.. (Attachments: # 1 Exhibit Plaintiff's Deposition, # 2 Exhibit Declaration of Deborah Conti)(Hollingsworth, Liana) (Entered: 08/08/2016) |
| 07/01/2016 | | **Order** [non–document]: In light of the Defendant's position regarding settlement, Settlement Conference is cancelled. A new date will be set, if necessary, after the ruling on the anticipated Motion for Summary Judgment. Judge Patricia A. Gaughan on 7/1/16. (LC,S) (Entered: 07/01/2016) |
| 05/09/2016 | | **Minutes of proceedings**[non–document] At the Parties' request, Status Conference of 5/13/16 was held on 5/09/16 at 10:30 a.m. Settlement Conference before Judge Patricia A. Gaughan is set 7/05/16 at 9:30 a.m. in Chambers 19B. Counsel shall provide to the Court within two business days of the conference, jointly or individually, a Status Report describing the status of discovery, settlement positions, and issues to be addressed. The Status Report need not be filed, but may be delivered via e–mail at Gaughan_Chambers@ohnd.uscourts.gov or by fax at (216) 357–7215. Judge Patricia A. Gaughan. Time: 20 mins. (D,Ma) (Entered: 05/09/2016) |
| 03/16/2016 | | **Minutes/Order** [non–document]: Status Conference was held. Status Conference is set 5/13/16 at 9:00 a.m. Counsel shall provide to the Court within two business days of the conference, a joint Status Report or confidential individual Status Reports describing the status of discovery, settlement positions, and issues to be addressed. The Status Report(s) need not be filed, but may be delivered via e–mail at Gaughan_Chambers@ohnd.uscourts.gov or fax at (216) 357–7215. Judge Patricia A. Gaughan on 3/16/16. (LC,S) Time: 30 mins. Modified on 3/16/2016 (LC,S). (Entered: 03/16/2016) |
| 02/02/2016 | 14 | **Memorandum of Opinion and Order**: Defendant University Hospital System, Inc.'s Motion for Partial Judgment on the Pleadings (Doc. 8 ) is GRANTED in PART and DENIED in PART. Judge Patricia A. Gaughan on 2/2/16. (LC,S) (Entered: 02/02/2016) |
| 12/07/2015 | 13 | **Reply** in support of 8 **Motion** for judgment on the pleadings filed by University Hospitals Physician Services, Inc.. (Hollingsworth, Liana) (Entered: 12/07/2015) |
| 11/27/2015 | 12 | **Brief** in opposition to 8 **Motion** for judgment on the pleadings filed by Kathryn Fortunato. (Attachments: # 1 Exhibit OCRC Filing)(Porter, Mark) Modified text on 11/30/2015 (E,P). (Entered: 11/27/2015) |
| 11/13/2015 | 11 | **Case Management Order**: Case Management Conference was held on 11/13/15. Case is assigned to the standard track. Case is not suitable for ADR at this time but may be after discovery. Non–expert discovery shall be completed on or before 6/30/16. Expert reports shall be exchanged on or before 7/15/16 for party with burden of proof & 8/15/16 for Rebuttal and Expert Discovery shall be completed on or before 9/15/16. Pleadings shall be amended without leave of Court and new parties shall be joined on or before 11/17/15. Dispositive Motions shall be filed on or before 8/8/16. Status Conference is set for 3/16/16 at 9:00 a.m. Parties must be available by telephone. Counsel must appear in person unless otherwise ordered by the Court. Counsel shall confer within three business days of any scheduled conference to discuss outstanding issues and respective positions as to settlement. Counsel shall provide to the Court within two business days of the conference, jointly or individually, a brief written Status Report describing the status of discovery, settlement positions, and issues to be addressed. The Status Report need not be filed, but may be delivered via e–mail at Gaughan_Chambers@ohnd.uscourts.gov or fax to (216) 357–7215. Judge Patricia A. Gaughan on 11/13/15. (LC,S) Time: 30 mins. (Entered: 11/13/2015) |
| 11/13/2015 | 10 | **Marginal** Entry Order: Joint Stipulation to Substitute the Correct Defendant is So Ordered. Judge Patricia A. Gaughan on 11/13/15. (LC,S) re 9 (Entered: 11/13/2015) |
| 11/12/2015 | 9 | Joint Proposed Stipulation *to Substitute the Correct Defendant* filed by University Hospitals Health System, Inc.. (Hollingsworth, Liana) (Entered: 11/12/2015) |
| 11/12/2015 | 8 | **Motion** for judgment on the pleadings filed by Defendant University Hospitals Health System, Inc.. (Hollingsworth, Liana) (Entered: 11/12/2015) |

Tab 4